**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DARYL DWIGHT GRAY,<br><br>    Petitioner,<br><br>    v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA, et al.,<br><br>    Respondents. | Case No. CV 13-0742 JVS (SS)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records and files herein, and the Magistrate Judge's Amended Report and Recommendation. The time for filing Objections to the Amended Report and Recommendation has passed and no Objections have been received.

    On March 10, 2014, Petitioner's mail was returned to the Court and marked "Paroled/Discharged." (Dkt. No. 26). Petitioner has not advised the Court of his current address or location.

\\

1   Petitioner's release from custody does not automatically
2   cause this state prisoner habeas action to become moot.  See
3   Wilson v. Terhune, 319 F.3d 477, 479 (9th Cir. 2003) (internal
4   quotations omitted) ("A habeas petition challenging the
5   underlying conviction is never moot simply because, subsequent to
6   its filing, the petitioner has been released from custody.").
7   Accordingly, the change in Petitioner's custody status does not
8   cause this Court to alter the findings set forth in the Amended
9   Report and Recommendation.
10
11  The Court therefore accepts and adopts the findings,
12  conclusions and recommendations of the Magistrate Judge.
13
14  **IT IS ORDERED** that the Petition is denied and Judgment shall
15  be entered dismissing this action without prejudice.
16
17  **IT IS FURTHER ORDERED** that Petitioner DARYL DWIGHT GRAY is
18  hereby deemed to be a VEXATIOUS LITIGANT.  The Clerk of the Court
19  shall not file any complaint or in forma pauperis application by
20  Daryl Dwight Gray unless he has filed a Motion for Leave to File
21  a Complaint and a judge of this Court has granted leave for
22  Petitioner to file the complaint.  Any Motion for Leave to File a
23  Complaint must include a copy of the Magistrate Judge's Report
24  and Recommendation, a copy of this Order, and a copy of the
25  proposed complaint.
26  \\
27  \\
28  \\

1  The Clerk is directed to serve copies of this Order and the
2  Judgment herein on Petitioner at his address of record.
3
4     **LET JUDGMENT BE ENTERED ACCORDINGLY.**
5
6
7  DATED:April 02, 2014
8                                    _____
                                     JAMES V. SELNA
9                                    UNITED STATES DISTRICT JUDGE

3