**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DARYL DWIGHT GRAY, | Case No. CV 13-0742 JVS (SS) |
|           Petitioner, | |
|   v. | **JUDGMENT** |
| PEOPLE OF THE STATE OF CALIFORNIA, et al., | |
|           Respondents. | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice and Petitioner is deemed a vexatious litigant. Petitioner must obtain leave of court before filing any future petition, complaint, or IFP application in this Court. Petitioner must submit a copy of the Court's vexatious litigant order and a copy of the proposed filing with any motion seeking

1 | leave of court. If the Court does not grant Petitioner written
2 | permission to file within thirty days of the date of his motion,
3 | permission will be deemed denied.

DATED: April 02, 2014

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

2